JOSEPH LENTINE et al., Respondents, v. SALVATORE FUNDARO, Appellant.

Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.